IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL E. ADAMS,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **NO. 09-3008** |
| | : | |
| **LAFAYETTE COLLEGE,** | : | |
| **Defendant** | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW**, this 31st day of August, 2009, upon consideration of the defendant's Motion to Dismiss (Document #4), it is hereby ORDERED that the motion is GRANTED.

    The Clerk of Court shall mark this case CLOSED for statistical purposes.

                                    BY THE COURT:

                                    /s/ Lawrence F. Stengel
                                    LAWRENCE F. STENGEL, J.